

**Cook | Craig Francuzenko**
ATTORNEYS AT LAW

3050 Chain Bridge Road | Suite 200
Fairfax, Virginia 22030
Phone (703) 865-7480
Fax (703) 434-3510
www.cookcraig.com

April 23, 2015



RECEIVED
MAILROOM

APR 2 4 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**VIA FEDERAL EXPRESS**

Clerk of Court
U.S. District Court for
the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
ATTN: Civil Filing

      Re:    Jose Francisco Antinez Garcia v. Mount of Lebanon Restaurant, LLC and
              Kheder Rababeh; Civil No. _____

Dear Clerk:

    Enclosed for filing are one original and three copies of a Complaint for Damages,
one original Cover Sheet and 6 Summonses (3 for each defendant). Additionally, our
firm's check for $400.00 for filing fees is enclosed.

    We are serving by private process service and ask that two copies of each
prepared summonses be returned to our office as well as three filed-stamped copies of the
Complaint for Damages, in enclosed is a self-addressed, postage prepaid envelope.

    Thank you.

                        Sincerely,

                        *Elizabeth A. Taverniti*

                        Elizabeth A. Taverniti, Legal Assistant
                        To Lee B. Warren

//EAT
Enclosure(s)