```
Court Name: United States District Court
Division: 1
Receipt Number: 14683051066
Cashier ID: rbroaden
Transaction Date: 04/27/2015
Payer Name: COOK CRAIG
------------------------------------------
CIVIL FILING FEE
 For: COOK CRAIG
 Amount:          $400.00
------------------------------------------
CHECK
 Remitter: COOK CRAIG
 Check/Money Order Num: 1540
 Amt Tendered:    $400.00
------------------------------------------
Total Due:        $400.00
Total Tendered:   $400.00
Change Amt:       $0.00

FILING FEE
115CV543
```