



3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
www.cookcraig.com

May 11, 2015

**VIA FEDERAL EXPRESS**

Clerk of Court
U.S. District Court for
the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314
ATTN: Civil Filing

    Re:   Jose Francisco Antinez Garcia v. Mount of Lebanon Restaurant, LLC and Kheder Rababeh; Civil No. 1:15-cv-543

Dear Clerk:

    Enclosed for filing are two original Proofs of Service, one for Mount of Lebanon Restaurant, LLC, Kheder Rabaeh, R/A, and one for Kheder Rabaeh in the above-referenced matter. We would appreciate your returning file-stamped copies of both in the enclosed self-addressed, stamped envelope.

    Thank you.

                             Sincerely,

                             Elizabeth A. Taverniti, Legal Assistant
                             To Lee B. Warren

//EAT
Enclosure(s)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

JOSE FRANCISCO ANTUNEZ GARCIA

*Plaintiff(s)*

v.

MOUNT OF LEBANON RESTAURANT, LLC and KHEDER RABAEH

*Defendant(s)*

Civil Action No. 1:15CV543

FILED MAILROOM
MAY 1 2 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MOUNT OF LEBANON RESTAURANT, LLC
c/o KHEDER RABAEH, R/A
2922 ANNANDALE ROAD
FALLS CHURCH, VA 22042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEE B. WARREN
COOK, CRAIG & FRANCUZENKO, PLLC
3050 CHAIN BRIDGE ROAD
SUITE 200
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04-27-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

RECEIVED MAILROOM
MAY 12 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mount of Lebanon Restaurant LLC
was received by me on *(date)* 5/01/2015 . Kheder Rabach, R/A

☒ I personally served the summons on the individual at *(place)* 2922 Annandale Road, Falls Church VA on *(date)* May 1, 2015 ; or at 10:42 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: May 1, 2015

*Server's signature*

Paul K. Duvall
*Printed name and title*

AFD Civil Process
At Your Service
10521 Judicial Dr. #205
Fairfax, VA 22030

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

JOSE FRANCISCO ANTUNEZ GARCIA

*Plaintiff(s)*

v.

MOUNT OF LEBANON RESTAURANT, LLC and KHEDER RABAEH

*Defendant(s)*

Civil Action No. 1:15CV543

FILED MAILROOM
MAY 12 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KHEDER RABAEH
2922 ANNANDALE ROAD
FALLS CHURCH, VA 22042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  LEE B. WARREN
COOK, CRAIG & FRANCUZENKO, PLLC
3050 CHAIN BRIDGE ROAD
SUITE 200
FAIRFAX, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04-27-15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

RECEIVED MAILROOM
MAY 12 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

This summons for *(name of individual and title, if any)* Kheder Rabaeh
was received by me on *(date)* 5/01/2015 .

☒ I personally served the summons on the individual at *(place)* 2922 Annandale Road, Falls Church, VA on *(date)* May 1, 2015 ; or at 10:42 AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 1, 2015

*Server's signature*

Paul K. Duvall
*Printed name and title*

AFD Civil Process
At Your Service
10521 Judicial Dr. #205
Fairfax, VA 22030

Additional information regarding attempted service, etc: