**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOSE FRANCISCO ANTUNEZ GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNT OF LEBANON RESTAURANT, LLC, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1-15-CV-543<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF LEE B. WARREN**

1.    I am counsel for the Plaintiff in this matter.

2.    The Complaint was served on Kheder Rababeh, at 2922 Annandale Road, Falls Church, VA, on May 1, 2015.  (ECF Docket No. 4.)

3.    Mr. Rababeh's responsive pleading was due on May 22, 2015.  (ECF Docket No. 4.)

4.    To date Mr. Rababeh has not filed a responsive pleading.

5.    Upon information and belief, Mr. Rababeh is not a minor or incompetent person.

6.    I do not know Mr. Rababeh's birth date or Social Security number, which makes it impossible to conclusively determine whether he is active-duty military.  However, at all times during which Plaintiff was employed, Mr. Rababeh was the full-time operator of Mount of Lebanon Restaurant, LLC.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

_____
Lee B. Warren

6·3·15
_____
Date