**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOSE FRANCISCO ANTUNEZ GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1-15-CV-543 |
| ) | |
| MOUNT OF LEBANON RESTAURANT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT
MOUNT OF LEBANON RESTAURANT, LLC**

Plaintiff, by and through undersigned counsel, requests that this Court enter a default as to Defendant Mount of Lebanon Restaurant, LLC pursuant to Fed. R. Civ. P. 55(a). In support thereof, Plaintiff submits the attached Declaration.

Respectfully submitted,

_____/s/_____
John C. Cook (VSB # 38310)
Lee B. Warren (VSB # 77446)
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
Phone: 703-865-7480
Fax: 703-434-3510
jcook@cookcraig.com
lwarren@cookcraig.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff's Application for Entry of Default Against Defendant Mount of Lebanon Restaurant, LLC via first class mail, postage prepaid, on this 4th day of June, 2015, on defendants addressed as follows:

Mount of Lebanon Restaurant, LLC
c/o RA Kheder Rababeh
2922 Annandale Rd
Falls Church, VA 22042

Kheder Rababeh
2922 Annandale Rd
Falls Church, VA 22042

Respectfully submitted,

_____/s/_____
Lee B. Warren (VSB # 77446)
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
Phone: 703-865-7480
Fax:  703-434-3510
lwarren@cookcraig.com
*Counsel for Plaintiff*