IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSE FRANCISCO ANTUNEZ GARCIA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOUNT OF LEBANON RESTAURANT, LLC, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 1-15-CV-543 |

### AFFIDAVIT OF LEE B. WARREN

1. I am counsel for the Plaintiff in this matter.

2. The Complaint was served on Mount of Lebanon Restaurant, LLC, through its registered agent Kheder Rababeh, at 2922 Annandale Road, Falls Church, VA, on May 1, 2015. (ECF Docket No. 4.)

3. Mount of Lebanon Restaurant, LLC's responsive pleading was due on May 22, 2015. (ECF Docket No. 4.)

4. To date Mount of Lebanon Restaurant, LLC has not filed a responsive pleading.

5. Upon information and belief, Mount of Lebanon Restaurant, LLC is a restaurant doing business in Falls Church, Virginia.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

_____        6.3.15
Lee B. Warren                                    Date