## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| Jose Francisco Antun Garcia | ) | |
|     Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 1:15cv543 |
| | ) | |
| Mount Lebanon Restaurant, LLC, et al. | ) | |
|     Defendant | ) | |

### ENTRY OF DEFAULT

In accordance with plaintiff's request to enter default and affidavit of, Lee B. Warren, counsel of record for plaintiff, the Clerk of this Court does hereby enter the default of Mount Lebanon Restaurant, LLC for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

                                                  FERNANDO GALINDO
                                                CLERK OF COURT


                                                BY:   /s/
                                                DEPUTY CLERK

DATED: 06/05/2015