IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSE FRANCISCO ANTUN GARCIA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:15cv543 |
| | ) | |
| MOUNT OF LEBANON RESTAURANT LLC, et al., | ) | |
|     Defendants. | ) | |

## ORDER

It appears from a review of the record that both defendants—Mount of Lebanon Restaurant, LLC and Kheder Rababeh—are in default in this matter. Indeed, the record reflects that the Clerk has already entered defendants' default at plaintiff's request.

Accordingly, for good cause,

It is hereby **ORDERED** that plaintiff is **DIRECTED** to file a prompt motion for default judgment and an accompanying memorandum setting forth the factual and legal support for the following findings: (i) that this Court has subject matter and personal jurisdiction, including how the defaulting defendants were served and why that service was proper; (ii) that the complaint alleges facts establishing all of the necessary elements of one or more claims on which relief can be granted; and (iii) that plaintiff is entitled to the damages and any other relief sought, with specific references to affidavits, declarations, or other evidence supporting such relief.

It is further **ORDERED** that plaintiff file a notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, July 17, 2015, before the magistrate judge to whom this action is referred, and mail copies of the notice, motion, and memorandum to the defaulting defendants at each defendant's last known address, certifying the same to the Court.

1

It is further **ORDERED** that this matter is **REFERRED** to the assigned magistrate judge pursuant to 28 U.S.C. § 636 for all further default proceedings and for preparation of a prompt report and recommendation.

The Clerk is directed to forward a copy of this Order to counsel of record and to defendants at the addresses listed in the case file.

Alexandria, Virginia
June 17, 2015

/s/
T. S. Ellis, III
United States District Judge