**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOSE FRANCISCO ANTUNEZ GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1-15-CV-543 |
| ) | (TSE/JFA) |
| MOUNT OF LEBANON RESTAURANT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**<u>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS</u>**

Plaintiff, Jose Francisco Antunez Garcia, by and through his undersigned counsel, moves this Court for default judgment against Defendants Mount of Lebanon Restaurant, LLC and Kheder Rababeh, in the amount to be determined by the evidence, pursuant to Fed. R. Civ. P. 55(b)(2). The Clerk has entered default against Defendants. Defendants are neither minors nor an incompetent persons and are not covered by the Soldiers and Sailors Act, to the best of Plaintiff's ability so to determine. In further support thereof, Plaintiff respectfully refers this Court to the Memorandum of Points and Authorities filed herewith.

Respectfully submitted,

_____/s/_____
John C. Cook (VSB # 38310)
Lee B. Warren (VSB # 77446)
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
Phone: 703-865-7480
Fax:  703-434-3510
jcook@cookcraig.com
lwarren@cookcraig.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing Plaintiff's Motion for Default Judgment Against Defendants via first class mail, postage prepaid, on June 2, 2015 on the following:

Mount of Lebanon Restaurant, LLC
c/o RA Kheder Rababeh
2922 Annandale Rd
Falls Church, VA 22042

Kheder Rababeh
2922 Annandale Rd
Falls Church, VA 22042

                                                                                    _____/s/_____
                                                        Lee B. Warren (VSB # 77446)
                                                        COOK CRAIG & FRANCUZENKO, PLLC
                                                       3050 Chain Bridge Road, Suite 200
                                                       Fairfax, Virginia 22030
                                                       Phone: 703-865-7480
                                                       Fax:  703-434-3510
                                                       lwarren@cookcraig.com
                                                       *Counsel for Plaintiff*