| Workweek Beginning | Weekwork Ending | Amount Defendants Paid Plaintiff | Hours Plaintiff Worked* | Plaintiff's Hourly Rate (Amount Paid ÷ Hours Worked)** | Overtime Rate*** | Minimum Wages Plaintiff Earned For First 40 Hours Worked - Calculated Using the Minimum Wage $7.25 multiplied by 40 hours | Weekly Overtime Wages Plaintiff Earned for the reamining 32 hours worked - Caculated Using the Overtime Rate $10.88 | Total Weekly Wages Owed To Plaintiff - Calculated by adding the previous 2 columns and subtracting the amount paid |
|---|---|---|---|---|---|---|---|---|
| 3/5/2012 | 3/11/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 3/12/2012 | 3/18/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 3/19/2012 | 3/25/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 3/26/2012 | 4/1/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 4/2/2012 | 4/8/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 4/9/2012 | 4/15/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 4/16/2012 | 4/22/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 4/23/2012 | 4/29/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 4/30/2012 | 5/6/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 5/7/2012 | 5/13/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 5/14/2012 | 5/20/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 5/21/2012 | 5/27/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 5/28/2012 | 6/3/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 6/4/2012 | 6/10/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 6/11/2012 | 6/17/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 6/18/2012 | 6/24/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 6/25/2012 | 7/1/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 7/2/2012 | 7/8/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 7/9/2012 | 7/15/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 7/16/2012 | 7/22/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 7/23/2012 | 7/29/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 7/30/2012 | 8/5/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 8/6/2012 | 8/12/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 8/13/2012 | 8/19/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 8/20/2012 | 8/26/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 8/27/2012 | 9/2/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 9/3/2012 | 9/9/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 9/10/2012 | 9/16/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 9/17/2012 | 9/23/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 9/24/2012 | 9/30/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 10/1/2012 | 10/7/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 10/8/2012 | 10/14/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 10/15/2012 | 10/21/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 10/22/2012 | 10/28/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 10/29/2012 | 11/4/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |

PLAINTIFF'S EXHIBIT 1

1

| Workweek Beginning | Weekwork Ending | Amount Defendants Paid Plaintiff | Hours Plaintiff Worked* | Plaintiff's Hourly Rate (Amount Paid ÷ Hours Worked)** | Overtime Rate*** | Minimum Wages Plaintiff Earned For First 40 Hours Worked - Calculated Using the Minimum Wage $7.25 multiplied by 40 hours | Weekly Overtime Wages Plaintiff Earned for the remaining 32 hours worked - Caculated Using the Overtime Rate $10.88 | Total Weekly Wages Owed To Plaintiff - Calculated by adding the previous 2 columns and subtracting the amount paid |
|---|---|---|---|---|---|---|---|---|
| 11/5/2012 | 11/11/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 11/12/2012 | 11/18/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 11/19/2012 | 11/25/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 11/26/2012 | 12/2/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 12/3/2012 | 12/9/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 12/10/2012 | 12/16/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 12/17/2012 | 12/23/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 12/24/2012 | 12/30/2012 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 12/31/2012 | 1/6/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 1/7/2013 | 1/13/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 1/14/2013 | 1/20/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 1/21/2013 | 1/27/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 1/28/2013 | 2/3/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 2/4/2013 | 2/10/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 2/11/2013 | 2/17/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 2/18/2013 | 2/24/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 2/25/2013 | 3/3/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 3/4/2013 | 3/10/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 3/11/2013 | 3/17/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 3/18/2013 | 3/24/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 3/25/2013 | 3/31/2013 | $ 400.00 | 72 | $ 5.56 | $ 10.88 | $ 290.00 | $ 348.16 | $ 238.16 |
| 4/1/2013 | 4/7/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 4/8/2013 | 4/14/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 4/15/2013 | 4/21/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 4/22/2013 | 4/28/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 4/29/2013 | 5/5/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 5/6/2013 | 5/12/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 5/13/2013 | 5/19/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 5/20/2013 | 5/26/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 5/27/2013 | 6/2/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 6/3/2013 | 6/9/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 6/10/2013 | 6/16/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 6/17/2013 | 6/23/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 6/24/2013 | 6/30/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 7/1/2013 | 7/7/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |

| Workweek Beginning | Weekwork Ending | Amount Defendants Paid Plaintiff | Hours Plaintiff Worked* | Plaintiff's Hourly Rate (Amount Paid ÷ Hours Worked)** | Overtime Rate*** | Minimum Wages Plaintiff Earned For First 40 Hours Worked - Calculated Using the Minimum Wage $7.25 multiplied by 40 hours | Weekly Overtime Wages Plaintiff Earned for the reamining 32 hours worked - Caculated Using the Overtime Rate $10.88 | Total Weekly Wages Owed To Plaintiff - Calculated by adding the previous 2 columns and subtracting the amount paid |
|---|---|---|---|---|---|---|---|---|
| 7/8/2013 | 7/14/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 7/15/2013 | 7/21/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 7/22/2013 | 7/28/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 7/29/2013 | 8/4/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 8/5/2013 | 8/11/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 8/12/2013 | 8/18/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 8/19/2013 | 8/25/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |
| 8/26/2013 | 9/1/2013 | $ 450.00 | 72 | $ 6.25 | $ 10.88 | $ 290.00 | $ 348.16 | $ 188.16 |

This break marks when Defendants started paying Plaintiff weekly wages that satisfied the minimum wage requirements based on his hours worked
Now that Plaintiff's regular rate is above the minimum wage, Plaintiff's overtime rate is calculated by multplying his regular rate ($9.03) by 1.5, which equals $13.54
Column H, Weekly Overtime Wages Plaintiff Earned is now calculated by multiplying his regular rate by the over time hours and then multiplying that by .5
($9.03 x 32 hours) * .5 = $144.48

| Workweek Beginning | Weekwork Ending | Amount Defendants Paid Plaintiff | Hours Plaintiff Worked* | Plaintiff's Hourly Rate | Overtime Rate*** | Minimum Wages | Weekly Overtime | Total |
|---|---|---|---|---|---|---|---|---|
| 9/2/2013 | 9/8/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/9/2013 | 9/15/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/16/2013 | 9/22/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/23/2013 | 9/29/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/30/2013 | 10/6/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 10/7/2013 | 10/13/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 10/14/2013 | 10/20/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 10/21/2013 | 10/27/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 10/28/2013 | 11/3/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 11/4/2013 | 11/10/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 11/11/2013 | 11/17/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 11/18/2013 | 11/24/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 11/25/2013 | 12/1/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 12/2/2013 | 12/8/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 12/9/2013 | 12/15/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 12/16/2013 | 12/22/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 12/23/2013 | 12/29/2013 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 12/30/2013 | 1/5/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 1/6/2014 | 1/12/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 1/13/2014 | 1/19/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 1/20/2014 | 1/26/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 1/27/2014 | 2/2/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 2/3/2014 | 2/9/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |

| Workweek Beginning | Weekwork Ending | Amount Defendants Paid Plaintiff | Hours Plaintiff Worked* | Plaintiff's Hourly Rate (Amount Paid ÷ Hours Worked)** | Overtime Rate*** | Minimum Wages Plaintiff Earned For First 40 Hours Worked - Calculated Using the Minimum Wage $7.25 multiplied by 40 hours | Weekly Overtime Wages Plaintiff Earned for the reamining 32 hours worked - Caculated Using the Overtime Rate $10.88 | Total Weekly Wages Owed To Plaintiff - Calculated by adding the previous 2 columns and subtracting the amount paid |
|---|---|---|---|---|---|---|---|---|
| 2/10/2014 | 2/16/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 2/17/2014 | 2/23/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 2/24/2014 | 3/2/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 3/3/2014 | 3/9/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 3/10/2014 | 3/16/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 3/17/2014 | 3/23/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 3/24/2014 | 3/30/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 3/31/2014 | 4/6/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 4/7/2014 | 4/13/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 4/14/2014 | 4/20/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 4/21/2014 | 4/27/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 4/28/2014 | 5/4/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 5/5/2014 | 5/11/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 5/12/2014 | 5/18/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 5/19/2014 | 5/25/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 5/26/2014 | 6/1/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 6/2/2014 | 6/8/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 6/9/2014 | 6/15/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 6/16/2014 | 6/22/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 6/23/2014 | 6/29/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 6/30/2014 | 7/6/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 7/7/2014 | 7/13/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 7/14/2014 | 7/20/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 7/21/2014 | 7/27/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 7/28/2014 | 8/3/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 8/4/2014 | 8/10/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 8/11/2014 | 8/17/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 8/18/2014 | 8/24/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 8/25/2014 | 8/31/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/1/2014 | 9/7/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/8/2014 | 9/14/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/15/2014 | 9/21/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/22/2014 | 9/28/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 9/29/2014 | 10/5/2014 | $ 650.00 | 72 | $ 9.03 | $ 13.54 | N/A Plaintiff pay satisfied minimum wage | $ 144.48 | $ 144.48 |
| 10/6/2014 | 10/12/2014 | Plaintiff not Paid | 72 | $ - | $ - | $ 290.00 | $ 348.16 | $ 638.16 |

4

| Workweek Beginning | Weekwork Ending | Amount Defendants Paid Plaintiff | Hours Plaintiff Worked* | Plaintiff's Hourly Rate (Amount Paid ÷ Hours Worked)** | Overtime Rate*** | Minimum Wages Plaintiff Earned For First 40 Hours Worked - Calculated Using the Minimum Wage $7.25 multiplied by 40 hours | Weekly Overtime Wages Plaintiff Earned for the reamining 32 hours worked - Caculated Using the Overtime Rate $10.88 | Total Weekly Wages Owed To Plaintiff - Calculated by adding the previous 2 columns and subtracting the amount paid |
|---|---|---|---|---|---|---|---|---|
| 10/13/2014 | 10/19/2014 | Plaintiff not Paid | 72 | $ - | $ - | $ 290.00 | $ 348.16 | $ 638.16 |
| 10/20/2014 | 10/26/2014 | Plaintiff not Paid | 72 | $ - | $ - | $ 290.00 | $ 348.16 | $ 638.16 |
| 10/27/2014 | 11/2/2014 | Plaintiff not Paid | 72 | $ - | $ - | $ 290.00 | $ 348.16 | $ 638.16 |
| 11/3/2014 | 11/9/2014 | Plaintiff not Paid | 72 | $ - | $ - | $ 290.00 | $ 348.16 | $ 638.16 |
| | | | | | Plaintiff's Total Wages Earned | | | $ 28,902.64 |
| | | | | Plaintiffs Total Wages and Liquidated Damages in the Same Amount | | | | $ 57,805.28 |

* Defendants did not maintain pay records

72 hours worked is based on Plaintiff's recollection using his normal work schedule

Plaintiff's normal work schedule was 6 days a week and 12 hours a day

Plaintiff worked an estimated 72 hours a week

** This column is included only to show Plaintiff's regular rate was less than the minimum wage

*** Because the regular rate was less than the minimum wage the standard overtime rate of $10.88 was used

The standard overtime rate is calculated by multiplying 1.5 by the minimum wage of $7.25

5