| Explanation | Hours | Lawyer<br>Date<br>Client |
|---|---|---|
| Call with Mr. Antunez re ~~████~~ | 0.10 | Lee Warren<br>2/17/2015<br>Garcia, Jose |
| Initial letter to Mount of Lebanon. | 0.20 | Lee Warren<br>2/18/2015<br>Garcia, Jose |
| Follow up letter to defendant. | 0.20 | Lee Warren<br>2/26/2015<br>Garcia, Jose |
| Call with Ivan re possible settlement (supposedly referring to attorney). | 0.10 | Lee Warren<br>3/3/2015<br>Garcia, Jose |
| Call with Mr. Garcia ~~████~~ | 0.40 | Lee Warren<br>3/3/2015<br>Garcia, Jose |
| Conference with Mr. Krone ~~████~~ | 0.10 | Lee Warren<br>3/10/2015<br>Garcia, Jose |
| Calculating unpaid wages and drafting Warrant in Debt | 1.20 | Philip Krone<br>3/10/2015<br>Garcia, Jose |
| Voicemail for Mr. Garcia. | 0.10 | Lee Warren<br>3/16/2015<br>Garcia, Jose |
| Call with Mr. Garcia; ~~████~~ | 0.10 | Lee Warren<br>3/17/2015<br>Garcia, Jose |
| Conference with Mr. Krone re ~~████~~ | 0.10 | Lee Warren<br>3/23/2015<br>Garcia, Jose |
| Researching defendant's addresses | 0.50 | Philip Krone<br>3/23/2015<br>Garcia, Jose |
| Revise draft complaint. | 0.20 | Lee Warren<br>3/24/2015<br>Garcia, Jose |
| Drafting complaint for Fairfax Circuit | 0.90 | Philip Krone<br>3/24/2015<br>Garcia, Jose |
| Call with Mr. Garcia re ~~████~~ | 0.20 | Lee Warren<br>3/24/2015<br>Garcia, Jose |
| Call to Mr. Garcia re ~~████~~ | 0.10 | Lee Warren<br>4/7/2015<br>Garcia, Jose |
| Call with Mr. Garcia re ~~████~~. | 0.20 | Lee Warren<br>4/7/2015<br>Garcia, Jose |
| Finalizing Complaint | 1.30 | Philip Krone<br>4/8/2015<br>Garcia, Jose |
| Research interstate commerce aspects of Mount of Lebanon. | 0.80 | Lee Warren<br>4/9/2015<br>Garcia, Jose |
| Prepare civil cover sheet. | 0.10 | Lee Warren<br>4/23/2015<br>Garcia, Jose |
| Call with Mr. Garcia re ~~████~~ | 0.10 | Lee Warren<br>4/30/2015<br>Garcia, Jose |
| Check status of service of process. | 0.10 | Lee Warren |

PLAINTIFF'S EXHIBIT 2

| Explanation | Hours | Lawyer |
|---|---|---|
|  |  | Date |
|  |  | Client |

|  |  |  |
|---|---|---|
|  |  | 5/26/2015 |
|  |  | Garcia, Jose |
| Call with Mr. Garcia re ▇▇▇▇▇ | 0.10 | Lee Warren |
|  |  | 5/28/2015 |
|  |  | Garcia, Jose |
| Prepare request for default. | 0.10 | Lee Warren |
|  |  | 6/3/2015 |
|  |  | Garcia, Jose |
| Prepare and file default motions. | 0.40 | Lee Warren |
|  |  | 6/4/2015 |
|  |  | Garcia, Jose |
| Call with Mr. Garcia re ▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.10 | Lee Warren |
|  |  | 6/4/2015 |
|  |  | Garcia, Jose |
| Draft Default Judgment. | 1.20 | Philip Krone |
|  |  | 6/9/2015 |
|  |  | Garcia, Jose |
| Conference with Mr. Krone re ▇▇▇▇▇▇▇▇▇ | 0.20 | Lee Warren |
|  |  | 6/10/2015 |
|  |  | Garcia, Jose |
| Conference with Mr. Krone ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ | 0.10 | Lee Warren |
|  |  | 6/10/2015 |
|  |  | Garcia, Jose |
| Draft motion for default judgment. | 2.40 | Philip Krone |
|  |  | 6/10/2015 |
|  |  | Garcia, Jose |

*** Summary by Task Code ***

| Task Code | Hours | Amount |
|---|---|---|
|  | *** Billable *** |  |
| BW  - Billable Work | 11.50 | 0.00 |
| 00  - Contingency | 0.20 | 0.00 |
| **Total Billable** | 11.70 | 0.00 |
| **Total:** | 11.70 | 0.00 |

*** Summary by Working Lawyer ***

| Working Lawyer | Hours | Amount |
|---|---|---|
| LW  - Lee Warren | 4.20 | 0.00 |
| PK  - Philip Krone | 7.50 | 0.00 |
| **Total:** | 11.70 | 0.00 |

```
REPORT SELECTIONS - Time Listing
Layout Template              Lee's report
Advanced Search Filter       None
Requested by                 Lee
Finished                     Wednesday, June 10, 2015 at 03:16:32 PM
Ver                          13.0 SP1 (13.0.20131028)
Date Range                   ALL DATES
Matters                      1969-001
Clients                      All
Major Clients                All
Client Intro Lawyer          All
Matter Intro Lawyer          All
Responsible Lawyer           All
Type of Law                  All
Select From                  Active, Inactive, Archived Matters
Working Lawyer               All
Task                         All
Summarize by Type of Law     No
Sorted by                    Order Entered
Time/Fee                     Time Entry Only
Include Daily totals         No
Include Held Items only      No
Matter Security Enabled      No
```