# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| JOSE FRANCISCO ANTUNEZ GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1-15-CV-543 |
| ) | (TSE/JFA) |
| MOUNT OF LEBANON RESTAURANT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS

PLEASE TAKE NOTICE that on July 17, 2015, at 10:00 AM, the Plaintiff, Jose Francisco Antunez Garcia, by counsel, will move this Court for entry of a default judgment pursuant to Fed. R. Civ. P. 55(b)(2) as to both Defendants in this matter.

Respectfully submitted,

_____/s/_____
John C. Cook (VSB # 38310)
Lee B. Warren (VSB # 77446)
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
Phone: 703-865-7480
Fax: 703-434-3510
jcook@cookcraig.com
lwarren@cookcraig.com
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Plaintiff's Notice of Motion for Default Judgment Against Defendants via first class mail, postage prepaid, on July 2, 2015, on defendants addressed as follows:

Mount of Lebanon Restaurant, LLC
c/o RA Kheder Rababeh
2922 Annandale Rd
Falls Church, VA 22042

Kheder Rababeh
2922 Annandale Rd
Falls Church, VA 22042

Respectfully submitted,

_____/s/_____
Lee B. Warren (VSB # 77446)
COOK CRAIG & FRANCUZENKO, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, Virginia 22030
Phone: 703-865-7480
Fax: 703-434-3510
lwarren@cookcraig.com
*Counsel for Plaintiff*