Date: 07/17/2015               Judge: JOHN F. ANDERSON
                                Reporter: FTR
Start: 10:01 AM
Finish: 10:05 AM

Civil Action Number: 15-cv-543

Jose Garcia

vs.

Mount of Lebanon Restaurant, LLC et al.

Appearances of Counsel for ( X ) Pltf (   ) Deft
( X ) Matter is uncontested

Motion to/for:
[ 10] Plaintiff's Motion for Default Judgment Against Defendants

Argued &
(   ) Granted (   ) Denied (   ) Granted in part/Denied in part
(   ) Taken Under Advisement (   ) Continued to _____

_____
_____
_____
_____
_____

( X ) Report and Recommendation to Follow
(   ) Order to Follow