IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOSE FRANCISCO ANTUN GARCIA, )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　　　)<br>MOUNT OF LEBANON )<br>RESTAURANT, LLC, et al., )<br>　　　　Defendants. ) | Civil Action No. 1:15cv543 |

## JUDGMENT ORDER

Upon consideration of the July 17, 2015 Report and Recommendation of the United States Magistrate Judge, no objections having been filed, and upon an independent *de novo* review of the record,

It is hereby **ORDERED** that the Court **ADOPTS** as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the July 17, 2015 Report and Recommendation.

Accordingly, it is further **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendants Mount of Lebanon Restaurant, LLC and Kheder Rababeh, jointly and severally, in the total amount of $56,937.17.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendants, the Magistrate Judge and all counsel of record.

Alexandria, VA
August 13, 2015

/s/
T. S. Ellis, III
United States District Judge