**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Jose Francisco Antun Garcia | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:15cv543 |
| | ) |
| | ) |
| Mount of Lebanon Restaurant, LLC, et al | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on August 13, 2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the PLAINTIFF and against the DEFENDANTS in the amount of $56,937.17.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Dana Van Metre
Deputy Clerk

Dated: 08/14/2015
Alexandria, Virginia